■ In the Matter of GEORGE T. THOMAS, IV, Appellant, v STEPHANIE L. BROWN, Respondent, et al., Respondent. [896 NYS2d 276]—Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.), entered October 3, 2008 in a proceeding pursuant to Family Court Act article 6. The order denied petitioner's motion seeking, inter alia, to vacate a prior custody order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.